# EXHIBIT E

---------- Forwarded message ---------
From: **Michael DuBois** <michael.dubois@gocayuga.com>
Date: Wed, May 3, 2023 at 3:31 PM
Subject: Introduction
To: <Samuel.Palmiere@usdoj.gov>


Mr. Palmiere,

Good afternoon.  I am the Deputy Superintendent of Police for the Cayuga Nation Police Department. My prior law enforcement experience includes several years with the DeWitt, NY Police Department and over 23 years with the FBI, having retired in 2020 as a Unit Chief in the CID Violent Crime Section.

As you may be aware, the Cayuga Nation's historic reservation includes areas in both NDNY and WDNY.  Recently, our agency has been granted a law enforcement agency ORI by the DOJ, and the DOI has accepted land into federal trust status for the Nation within Cayuga County.  We anticipate additional land being accepted into trust status within Seneca County.

While supervising the FBI Resident Agencies in Syracuse and surrounding cities, I was able to develop a solid relationship with the US Attorney's Office in NDNY.  Since joining the Cayuga Nation Police Department I've made it a point to re-establish my relationships at NDNY, but it is my understanding that a relationship hasn't been maintained with the WDNY.  With your assistance, we would like to address that.  In speaking with your NDNY counterpart Jon Carr, he provided me with your contact information so that I might reach out to you directly.

Superintendent Mark Lincoln and I would like to speak with you and seek your recommendations regarding how we can properly develop our relationship at the law enforcement level.  Since we are police officials, the office of the LEC seemed to be a logical place for us to start.

Alternately, If you feel the US Attorney or Indian Country designated AUSAs might prefer to engage with Cayuga Nation Counsel or the Nation's Federal Representative, we would be happy to pass that messaging back to the Nation Leadership.

Regardless, we would like to engage with you and maintain a line of communication with our WDNY

law enforcement colleagues.

If you have time to discuss this, please feel free to telephone me at (315) 651-7590, or if you prefer, we could travel out to meet with you directly.  Right now, we have significant availability May 16-18th, if that might work for you.

Thank you for your time and I look forward to hearing from you.

Cordially,

MWD


--

Michael DuBois

*Deputy Superintendent of Police*

Cayuga Nation Police Department

TEL (315) 651-7590

www.cayuganationpolice.com

