CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Cayuga Nation
_____
     Plaintiff(s)

                                                Civil Action No.  1:23-cv-03408

vs.

United States of America, et al.
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, David W. DeBruin _____, hereby state that:

On the 15th day of November , 2023 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

I have received the receipt for the certified mail, No. 7018 1830 0002 1706 5975 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 17th day of November , 2023 .

I declare under penalty of perjury that the foregoing is true and correct.

    November 29, 2023 _____          /s/ David W. DeBruin _____
              (Date)                                   (Signature)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   375

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ 3.55
☐ Return Receipt (electronic)    $ 4.35
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$ 11.65

Total Postage
$

Sent To

Street and Apt

City, State, ZIp

Postmark
Here

U.S Department of Justice
U.S Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

PS Form 380

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70181830000217065975

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:58 am on November 17, 2023 in WASHINGTON, DC 20530.

─────────────────────────────────────────

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
November 17, 2023, 4:58 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs